THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAN YATES, Appellant.

Submitted January 20, 2004; decided February 24, 2004

Motion for assignment of counsel granted only to the extent

that Jeremy R. Feinberg, Esq., Proskauer Rose LLP, 1585 Broadway, New York, NY 10036-8299 is assigned as counsel to the appellant on the appeal herein.